IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CR-12-053-JHP |
| | ) | |
| CHRIS ANTHONY STONE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, plaintiff hereby moves the Court for leave to dismiss without prejudice the Indictment in the above-styled cause against defendant Chris Anthony Stone. Defendant Stone was convicted by other authorities and further prosecution is deemed unwarranted.

Respectfully submitted,

MARK F. GREEN
United States Attorney

s/Kyle Waters
KYLE E. WATERS, OBA #19719
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
(918) 684-5100 (telephone)
(918) 684-5150 (facsimile)
Kyle.Waters@usdoj.gov (e-mail)

LEAVE FOR FILING GRANTED:

_James H. Payne_
James H. Payne
United States District Judge
Eastern District of Oklahoma